George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
  Attorney for Plaintiff, Dean Maki

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Dean Maki,<br>    Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,<br>Acting Commissioner,<br>Social Security Administration,<br><br>    Defendant. | Civil Action No.:  3:19-cv-00876-JR<br><br>ORDER AWARDING ATTORNEY FEES<br>PER 28 USC 406(b) |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), that plaintiff's counsel be paid an attorney fee in the amount of $6,800.00.

IT IS SO ORDERED:    7/24/2020    .


          /s/ Jolie A. Russo
         Jolie A. Russo
         U.S. Magistrate Judge

Page 1 - PETITION FOR ORDER AWARDING
ATTORNEY FEES PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th St., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028

Proposed Order submitted on July 24, 2020 by:

/s/ George Wall
_____
George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97214
Telephone: 503-236-0068
Facsimile:   503-236-0028
Attorney for Plaintiff, Dean Maki

Page 2 - PETITION FOR ORDER AWARDING
ATTORNEY FEES PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th St., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028